Jonathan A. Stieglitz, Esq.
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone:  (323) 979-2063
Facsimile:   (323) 488-6748
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| Bobby Rai, individually and on behalf of all others similarly situated, | Case No.: 5:20-cv-579 |
| | **The Hon. Percy Anderson** |
| Against | **ORDER FOR CASE DISMISSAL WITH AS TO MONARCH RECOVERY MANAGEMNT, INC.** |
| Monarch Recovery Management, Inc., First Financial Investment Fund III, LLC Does 1-25 | |
| Defendant | Complaint Filed:  3/19/20 |

THE COURT having reviewed the Parties' Proposed Stipulation for

Dismissal With Prejudice, and being fully advised in the premises, DOES

HEREBY ORDER, that the Party is dismissed with prejudice with each party to

bear their respective costs and fees

IT IS SO ORDERED

Dated _____  July 29, 2020

_____
United States District Judge